UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Lisa Luberacki,

Plaintiff,

v.

Intermediate District No. 287,

Defendant.

Court File No. 01-1911 (RHK/AJB)

**ORDER AMENDING SCHEDULING ORDER**

---

Based upon the stipulation of counsel for Plaintiff and Defendant, the Court hereby makes the following Order:

1. All discovery of any kind shall be commenced in time to be completed by September 19, 2002.

2. All non-dispositive motions and supporting documents, including those which relate to discovery shall be scheduled and filed by September 23, 2002.

3. All other deadlines in previous Orders shall remain the same.

BY THE COURT

Arthur J. Boylan
United States Magistrate Judge

RRM: #36078

JUL 17 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lisa Luberacki,

Plaintiff,

v.

Intermediate District No. 287,

Defendant.

Court File No. 01-1911 (RHK/AJB)

**STIPULATION TO AMEND SCHEDULING ORDER**

It is hereby stipulated and agreed to by and between the Plaintiff and Defendant, through their respective counsels, that the following modifications be made to the Scheduling Order dated January 8, 2002 in the above-referenced matter:

1. All discovery of any kind shall be commenced in time to be completed by September 19, 2002.

2. All non-dispositive motions and supporting documents, including those which relate to discovery shall be scheduled and filed by September 23, 2002.

3. All other deadlines in previous Orders shall remain the same.

**NICHOLAS, KASTER & ANDERSON**

By: ____________________
John A. Fabian (#13284)
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2242
(612) 338-1919

ATTORNEY FOR PLAINTIFF
LISA LUBERACKI

Dated: 7/16/02

**RATWIK, ROSZAK & MALONEY, P.A.**

By: ____________________
Scott T. Anderson (#157405)
Amy E. Mace (#0259378)
730 Second Avenue South, Suite 300
Minneapolis, MN 55402
(612) 339-0060

ATTORNEYS FOR DEFENDANT
INTERMEDIATE DISTRICT NO. 287

Dated: July 11, 2002

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

RRM: #36074