**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

LISA LUBERACKI,

Plaintiff,

v.

INTERMEDIATE SCHOOL DISTRICT 287,

Defendant.

Civil No. 01-1911 RHK/AJB

**ORDER**

---

John A. Fabian and Steven A. Smith, NICHOLS KASTER & ANDERSON, PLLP, Minneapolis, Minnesota, on behalf of Plaintiff.

Scott T. Anderson and Amy E. Mace, RATWIK, ROSZAK & MALONEY, P.A., Minneapolis, Minnesota, on behalf of Defendant.

---

Plaintiff in the above-entitled case sought certain documents from Defendant. Defendant withheld many responsive documents, arguing that the Minnesota Government Data Practices Act (MGDPA) prohibited their disclosure. Defendant also withheld many responsive documents, arguing that they were covered by the attorney-client privilege and/or the work-product doctrine. Plaintiff made a motion to compel. At the hearing, the Court ordered Defendant to produce responsive documents that were in its possession for an *in camera* review. The Court also ordered that the file of Ms. Sara Ruff (Defense Counsel) be produced for an *in camera* review. During the week of July 15, 2002, Defendant submitted documents that were in its possession.[1] The Court reviewed those documents, and in an Order dated July 25, 2002, the Court ordered that some of those documents be produced, subject to a protective order.[2]

---

[1]Defendants did not produce the file of Ms. Ruff, because Ms. Ruff was then currently unavailable.
[2]The Court has entered an appropriate Protective Order dated August 5, 2002.

FILED AUG 1 2 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Defendant has now submitted the file of Ms. Ruff. The documents contained therein have been Bates numbered 00001-00187. After reviewing those documents, *in camera*, the Court HEREBY ORDERS that:

1. Defendant shall produce document numbered 00001, subject to the Court's Protective Order dated August 5, 2002;
2. Defendant need not produce documents numbered 00002-00187.

Dated: August 9, 2002

Arthur J. Boylan
United States Magistrate Judge

**MEMORANDUM**

Although document numbered 00001 reflects nonpublic information under the MGDPA, the Court concludes that said document could provide relevant information about Plaintiff's work environment. The Court concludes that (1) document numbered 00001 is discoverable, (2) Plaintiff might gain significant benefit from said document, (3) potential harm to any confidentiality interest is negligible if said document is produced subject to a protective order, and (4) there is no need to notify any subjects of the revealed information if said document is produced subject to a protective order.

Documents numbered 00002-00028 and 00147-00181 need not be produced because they have already been addressed by the Court's Order dated July 25, 2002. Documents numbered 00029-00119 and 00129-00135 need not be produced because they were clearly drafted in anticipation of litigation and therefore, are covered by the work-product doctrine. Documents numbered 00136-00146 need not be produced because said documents are a copy of the

summons and complaint in this case, along with a cover letter from Plaintiff's counsel, Mr. Fabian. Documents numbered 00120-00128 need not be produced because said documents reflect nonpublic information under the MGDPA, and provide no information relevant to this cause of action. Documents numbered 00182-00187 are not covered by any privilege, nor do they reflect nonpublic information under the MGDPA, but are entirely nonresponsive to Plaintiff's discovery request.

AJB