UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lisa Luberacki

Plaintiff,

vs

CV 01-1911 RHK/AJB

Intermediate District #287,

Defendant.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: September 30, 2002

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

FILED
RICHARD D. SLETTEN, CL
JUDGMENT ENTD
DEPUTY CLERK